Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Plaintiff
Johann M.K. Blumenthal GmbH & Co. KG
494 Eighth Avenue, 7th Floor
New York, New York 10001
Telephone:  (646) 328-0120
Facsimile:   (646) 328-0121
Matthew J. Cowan (MC 1481)
mcowan@bgmplaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08·07·08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHANN M.K. BLUMENTHAL GmbH & CO. KG.,     08-CV

               Plaintiff,

  - against -                                                         **ORDER FOR APPOINTMENT**
                                                                **TO SERVE PROCESS**
                                                                 **OF MARITIME ATTACHMENT**
BELARUSIAN SHIPPING COMPANY a/k/a                      **AND GARNISHMENT**
JSC BELARUSIAN SHIPPING CO, a/k/a
JOINT STOCK COMPANY BELARUSIAN
SHIPPING COMPANY, a/k/a BELARUSSIAN
SHIPPING COMPANY a/k/a BELORUSSIAN
SHIPPING COMPANY, EURASIA SHIPPING
AND PORT SERVICES, LLP, and LAKEPARK
EXPERTS LIMITED.

               Defendants.
------------------------------------------------------------X

    Plaintiff, having moved for an Order pursuant to Fed. R. Civ. P. Rule 4(c) appointing Matthew J. Cowan, or any other person appointed by Bennett, Giuliano McDonnell & Perrone, LLP, to serve process of attachment and garnishment in this matter, and it appearing from the affidavit of Matthew J. Cowan, Esq., that such appointment will result in substantial economies in time and expense,

    **NOW,** on motion of Bennett, Giuliano, McDonnell & Perrone, LLP, attorneys for plaintiff, it is

2

**ORDERED** that Matthew J. Cowan or any other person at least 18 years of age and not a party to this action, appointed by Bennett, Giuliano, McDonnell & Perrone, LLP, be and hereby is appointed to serve process of attachment and garnishment in this matter.

Dated: New York, New York
      August ___, 2008
          AUG – 6 2008

HON. GEORGE B. DANIELS, U.S.D.C.J.